UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FASTSHIP, LLC and LIQUIDATING TRUST OF FASTSHIP, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION and GIBBS & COX, INC., <br><br>  Defendants. | No. 1:17-cv-2919 (NLH/KMW) <br><br> **ORDER** |

**HILLMAN**, District Judge

　For the reasons expressed in the Court's Opinion filed today,

　IT IS on this   25th   day of       June      , 2018

　**ORDERED** that Lockheed Martin Corporation's Motion to Dismiss [54] is hereby **DENIED**; and it is further

　**ORDERED** that Gibbs & Cox, Inc.'s Motion to Dismiss [56] is hereby **DENIED**; and it is further

　**ORDERED** that any party is permitted to submit a letter request to this Court, within fifteen days of this Order, for a stay of this case in order to file a Motion to Reopen with the United States Bankruptcy Court for the District of Delaware to seek an order interpreting its January 2017 Order and to advance any additional arguments regarding the Bankruptcy Court's

authority and the validity of its January 2017 Order; and it is further

**ORDERED** that, if no request for a stay is made, the parties are directed to confer and contact Magistrate Judge Williams' chambers to request setting a discovery schedule and a dispositive motion deadline on the statute of limitations issue within thirty days of this Order, as outlined in the Court's Opinion filed today; and it is further

**ORDERED** that, in an abundance of caution, the Clerk is directed to file the accompanying Opinion **UNDER TEMPORARY SEAL**; and it is further

**ORDERED** that the parties are to confer and, if in the unlikely event it is determined necessary, jointly submit a proposed redacted version of the accompanying Opinion within fifteen days of this Order.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.